AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ALFRED E. MCKAY, JR.,

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 4:19-cv-324

ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 26th day of March 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of the Court. This action is REMANDED to the Social Security Administration under 42 U.S.C. § 405(g). This case stands CLOSED.

Approved by: _____

March 30, 2021
**Date**

John E. Triplett, Acting Clerk
**Clerk**

_____
**(By) Deputy Clerk**

GAS Rev 10/2020